```
ROBBINS ARROYO LLP
BRIAN J. ROBBINS (SBN 190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (SBN 126535)
gaguilar@robbinsarroyo.com
ASHLEY R. RIFKIN (SBN 246602)
arifkin@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Lead Counsel for Plaintiffs
in Lead Case No. 3:16-cv-05312-RS
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05312-RS<br><br>(Consolidated with Case Nos. 3:16-cv-05381-RS and 3:16-cv-05988-RS) |
| This Document Relates To:<br><br>ALL ACTIONS | **NOTICE OF CONSOLIDATION** |
| SCOTT SALYERS, LAWRENCE GARNER, LORIE BARNWELL, GREGORY PALICZUK and FRANK BADALAMENTE, in Their Capacities as Trustees for the CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Derivatively on Behalf of SUNPOWER CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>BERNARD CLÉMENT, LADISLAS PASZKIEWICZ, DANIEL LAURÉ, CATHERINE A. LESJAK, THOMAS H. WERNER, THOMAS R. McDANIEL, PATRICK WOOD III, ARNAUD CHAPERON, HUMBERT DE WENDEL, JEAN-MARC OTERO DEL VAL, DENIS GIORNO and CHARLES D. BOYNTON,<br><br>              Defendants. | Case No. 3:16-cv-07143-RS |

1  NOTICE IS HEREBY GIVEN that, pursuant to the Stipulation Regarding Consolidation of Related Actions and Case Management; and Order Thereon ("Consolidation Order") entered by the Court on November 15, 2016 (Dkt. No. 12) in the consolidated derivative action entitled *In re SunPower Corporation Shareholder Derivative Litigation*, Lead Case No. 3:16-cv-05312-RS ("Consolidated Derivative Action") pending before the Honorable Richard Seeborg, plaintiffs Bernard Stern, Peter Moscone, and Melvin Brenner did on January 4, 2017, file a Notice of Consolidation (attached hereto as Exhibit A) in the Consolidated Derivative Action.  The notice advises the Court that this action is consolidated with the Consolidated Derivative Action under the terms and conditions of the Consolidation Order and requests that the Court direct the clerk to take the appropriate steps to accomplish the consolidation.

Dated: January 4, 2017

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
ASHLEY R. RIFKIN

*s/ George C. Aguilar*
George C. Aguilar

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
arifkin@robbinsarroyo.com

*Lead Counsel for Plaintiffs
in Lead Case No. 3:16-cv-05312-RS*

1144290

# EXHIBIT A

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (SBN 190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (SBN 126535)
gaguilar@robbinsarroyo.com
ASHLEY R. RIFKIN (SBN 246602)
arifkin@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05312-RS<br><br>(Consolidated with Case Nos. 3:16-cv-05381-RS and 3:16-cv-05988-RS)<br><br>**NOTICE OF CONSOLIDATION** |
| This Document Relates To:<br><br>ALL ACTIONS | |
| SCOTT SALYERS, LAWRENCE GARNER, LORIE BARNWELL, GREGORY PALICZUK and FRANK BADALAMENTE, in Their Capacities as Trustees for the CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM, Derivatively on Behalf of SUNPOWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD CLÉMENT, LADISLAS PASZKIEWICZ, DANIEL LAURÉ, CATHERINE A. LESJAK, THOMAS H. WERNER, THOMAS R. McDANIEL, PATRICK WOOD III, ARNAUD CHAPERON, HUMBERT DE WENDEL, JEAN-MARC OTERO DEL VAL, DENIS GIORNO and CHARLES D. BOYNTON,<br><br>Defendants. | Case No. 3:16-cv-07143-RS |

Pursuant to the Stipulation Regarding Consolidation of Related Actions and Case Management; and Order Thereon ("Consolidation Order") entered by this Court on November 15, 2016 (Dkt. No. 12), Bernard Stern, Peter Moscone, and Melvin Brenner (collectively, the "Consolidated Derivative Plaintiffs"), plaintiffs in the above-captioned consolidated derivative action (the "Consolidated Derivative Action"), hereby file this notice regarding consolidation of the related action styled *Salyers, et al. v. Clement, et al.*, Case No. 5:16-cv-07143-NC (the "*Salyers* Action"), filed in this Court on December 14, 2016 and initially assigned to Magistrate Judge Nathanael M. Cousins.

The *Salyers* Action was filed after entry of the Consolidation Order, is brought as a shareholder derivative action on behalf of SunPower Corporation, and arises from substantially similar facts and circumstances and involves the same parties as the Consolidated Derivative Action. On December 22, 2016, the Consolidated Derivative Plaintiffs filed an administrative motion to consider whether the *Salyers* Action should be related to the Consolidated Derivative Action. Dkt. No. 16. The administrative motion was accompanied by a stipulation and proposed order signed by the parties to both the Consolidated Derivative Action and the *Salyers* Action acknowledging that the actions are related pursuant to Civil Local Rule 3-12. Dkt. No. 17. On December 27, 2016, the Court approved the parties' stipulation (Dkt. No. 18), and the *Salyers* Action was reassigned to this Court. *Salyers* Dkt. No. 8.

Paragraph 11 of the Consolidation Order states: "This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, remanded to or transferred to this Court." Dkt. No. 12 at 3. Similarly, paragraph 12 of the Consolidation Order states, in part, that "[a]ll such related derivative actions that are subsequently filed in, or transferred to, this District shall be consolidated into this action." *Id.* at 4. As the *Salyers* Action has been deemed related to the Consolidated Derivative Action, pursuant to paragraphs 11 and 12 of the Consolidation Order, the *Salyers* Action is automatically consolidated for all purposes with the Consolidated Derivative Action under the terms and conditions of the Consolidation Order. Pursuant to paragraph 12 of the Consolidation Order, Lead

Counsel for plaintiffs in the Consolidated Derivative Action has provided a copy of the Consolidation Order to counsel for plaintiffs in the *Salyers* Action.

Accordingly, the Consolidated Derivative Plaintiffs respectfully submit that the Court should direct the clerk to: (a) place a copy of the Consolidation Order in the separate file for the *Salyers* Action; (b) make an appropriate entry in the Lead Case docket; and (c) close the separate file for the *Salyers* Action.

This notice of consolidation is being served on all parties to this action, and a copy of this notice is being filed in the *Salyers* Action.

Dated: January 4, 2017

Respectfully submitted,

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
ASHLEY R. RIFKIN

*s/ George C. Aguilar*
George C. Aguilar

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
arifkin@robbinsarroyo.com

*Lead Counsel for Plaintiffs*

1144282

- 3 -
NOTICE OF CONSOLIDATION
CASE NOS. 3:16-CV-05312-RS; 3:16-CV-07143-RS